# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.     No. 25-13091-G

NOAH URBAN,
    *Defendant-Appellant*

## United States' Certificate of Interested Persons and Corporate Disclosure Statement

The following persons and entity have an interest in the outcome of this case:

1. Barksdale, Hon. Patricia Duffy, United States Magistrate Judge;

2. Buddemeyer, Riker, victim;

3. Cannizzaro, John, Assistant United States Attorney;

4. Cardona, Daniel, victim;

5. Castigilione, Nicholas, victim;

6. Connolly, Tom, victim;

7. Devine, Jenny L., Federal Public Defender's Office;

8. Farber, Arnold, victim;

9. Glenn, Robert Steven, victim;

10. Gutoskey, James, victim;

*United States v. Noah Urban*
No. 13091-G

11. Hall, A. Fitzgerald, Acting Federal Public Defender;

12. Handberg, Roger B., former United States Attorney;

13. Horovitz, Hon. Samuel J., United States Magistrate Judge;

14. Kehoe, Gregory W., United States Attorney;

15. Killian, Robert Blake, victim;

16. Kudevitsky, Gary Igor, victim;

17. Lam, Long Kiet, victim;

18. Larochse, Mark, victim;

19. Lazo, Julie, victim;

20. Li, Yufei, victim;

21. Loureiro, Manuel, victim;

22. Marte, Abel, victim;

23. Nick, Tiffany Cummins, Assistant United States Attorney;

24. Ramaprakash, Tilak, victim;

25. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

26. Riot Games, victim;

27. Rodriguez, Angel, victim;

28. Samani, Fatemeh, victim;

*United States v. Noah Urban*
No. 13091-G

29. Schlesinger, Hon. Harvey E., United States District Judge;

30. Sheldon, Kathryn E., Federal Public Defender's Office;

31. Strangohr, David, victim;

32. Sweeney, Sara C., former Acting United States Attorney;

33. Taylor, Cynthia, victim;

34. Urban, Noah, defendant-appellant; and

35. Vargas, Edwin, victim.

No publicly traded entity has an interest in the outcome of this appeal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   *s/ Tiffany Cummins Nick*
TIFFANY CUMMINS NICK
Assistant United States Attorney
Appellate Division
Florida Bar No. 53032
400 W. Washington St., Ste. 3100
Orlando, FL 32801
(407) 648-7500
tiffany.nick@usdoj.gov

## Certificate of Service

I certify that a copy of this certificate of interested persons and corporate disclosure statement as well as the notice of electronic filing was sent by CM/ECF on September 19, 2025, to:

>   JENNY L. DEVINE, ESQ.
>   Federal Public Defender's Office
>
>   *Counsel for Noah Urban*

*s/ Tiffany Cummins Nick*
TIFFANY CUMMINS NICK
Assistant United States Attorney
