# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Appeal No. 25-13091-GG; 25-13101-GG

UNITED STATES OF AMERICA,

Appellee,

v.

NOAH URBAN,

Appellant.

## APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

## UNOPPOSED MOTION TO DISMISS CONSOLIDATED
## APPEAL VOLUNTARILY

CHARLES L. PRITCHARD, JR.
FEDERAL DEFENDER

JENNY L. DEVINE
Assistant Federal Defender
Florida Bar No. 0647616
Office of the Federal Defender
400 North Tampa St., Ste. 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Counsel for Appellant Urban

**Appeal Nos. 25-13091-GG; 25-13101-GG**

*United States of America v. Urban Noah*

**CERTIFICATE OF INTERESTED PERSONS**

The persons listed below have an interest in the outcome of this case:

Abbondanza, Steven, Jr.

Antonelli, Lorenzo

Barnette, Keller

Boyd, Joseph

Cannizzaro, John

Devine, Jenny L.

Diop, Amina

Dropbox (ticker symbol: DBX)

Duren, Marsha

Gallegos, Emiliano

Gurney, Michael

Hall, A. Fitzgerald

Handberg, Roger B.

Harrington, Jennifer M.

**Appeal Nos. 25-13091-GG; 25-13101-GG**

*United States of America v. Urban Noah*

**CERTIFICATE OF INTERESTED PERSONS** – *continued*

Hayward, John

Horovitz, The Honorable Samuel J.

Howard, Katherine

Hsu, Austin

Kehoe, Gregory W.

Kravatas, Christopher

Kuo, Roger

Lee, Changnin Terence

Lee, Kesha

Liang, Tai

Maarraoui, Sebastian

Martinovsky, Gary

Nick, Tiffany Cummins

Peters, Cassandra Rose

Pritchard, Charles L.

Ray, Charles

**Appeal Nos. 25-13091-GG; 25-13101-GG**

*United States of America v. Urban Noah*

**<u>CERTIFICATE OF INTERESTED PERSONS</u>** – *continued*

Rhodes, David P.

Saeterurn, Sernlouang

Schlesinger, The Honorable Harvey E.

Sheldon, Kathryn E.

Sims, Clarice

Stevenson, Joseph

Sweeney, Sara C.

Toomey, The Honorable Joel B.

Universal Music Group (ticker symbol: UMGNF)

Urban, Noah

Zeng, Larry

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA,**
　　　Appellee,

v.　　　　　　　　　　　　　　　　　　Appeal No. 25-13091-GG;
　　　　　　　　　　　　　　　　　　　　　　　25-13101-GG

**NOAH URBAN,**
　　　Appellant.
_____/

## UNOPPOSED MOTION TO DISMISS CONSOLIDATED APPEAL VOLUNTARILY

　　Appellant Noah Urban, through undersigned counsel, and pursuant to 11th Cir. R. 42-1(a), respectfully requests this Honorable Court dismiss the above-referenced consolidated appeal. Counsel states:

　　1.　The undersigned has communicated with Mr. Urban, who has advised that he wants to dismiss this appeal voluntarily.

　　2.　Assistant United States Attorney Tiffany Cummins Nick stated that the government does not oppose this motion.

　　3.　Mr. Urban is incarcerated.

WHEREFORE, Appellant Noah Urban respectfully requests this Honorable Court dismiss his appeal.

DATED this 12th day of December, 2025.

>Respectfully submitted,
>
>CHARLES L. PRITCHARD, JR.
>FEDERAL DEFENDER
>
>***/s/ Jenny L. Devine***
>Jenny L. Devine
>Florida Bar No. 0647616
>Assistant Federal Defender
>Office of the Federal Defender
>400 North Tampa St., Ste. 2700
>Tampa, Florida 33602
>Telephone:(813) 228-2715
>Email: jenny_devine@fd.org

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Under Fed. R. App. P. 32(g)(1), I certify this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 117 words according to Microsoft Word's count, excluding the parts exempted by Fed. R. App. P. 32(f).

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December, 2025, a copy of this motion was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to Assistant United States Attorney Tiffany Cummins Nick; a copy of this motion was also sent by U.S. mail to Appellant Noah Urban, REG # 94053-510, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, FL, 33521.

*/s/ Jenny L. Devine*
Jenny L. Devine
Assistant Federal Defender